No. 95–8211. SHAFII v. BRITISH AIRWAYS. C. A. 2d Cir. Certiorari denied.

No. 95–8237. OKOLIE ET AL. v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 95–8242. CRABTREE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8274. BYNUM v. STATE FARM INSURANCE CO. Ct. App. Ga. Certiorari denied.

No. 95–8277. SNEEDEN v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8310. MAYBECK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8313. MILLER v. OREGON STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 95–8321. HARDY v. PINKERTON SECURITY SERVICES. C. A. 5th Cir. Certiorari denied.

No. 95–8326. CAMILO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8328. JOYCE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8331. KELLOTAT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8347. MARTIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8348. CAMPBELL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8350. TOBISCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8355. HODGES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.